IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:19 CV 344

| | | |
|---|---|---|
| DAVID L. SETTLEMYER and<br>JANE SETTLEMYER | ) | |
| | ) | |
| | ) | |
|      Plaintiffs, | ) | |
| v. | ) | ORDER |
| | ) | |
| BORG-WARNER MORSE TEC, LLC; | ) | |
| BWDAC, INC.; CARLISLE | ) | |
| INDUSTRIAL BRAKE & FRICTION | ) | |
| INC.; CATERPILLAR, INC.; CBS | ) | |
| CORPORATION; CERTAIN TEED | ) | |
| CORPORATION; CONSOLIDATED | ) | |
| TRUCK PARTS, INC.; CRA | ) | |
| TRAILERS INC.; CUMMINS, INC.; | ) | |
| DAIMLER TRUCKS NORTH | ) | |
| AMERICA LLC; DANA | ) | |
| COMPANIES, LLC; EATON | ) | |
| CORPORATION; FEDERAL-MOGUL | ) | |
| ASBESTOS PERSONAL INJURY | ) | |
| TRUST; FORD MOTOR COMPANY; | ) | |
| HEAVY DUTY PARTS, INC.; | ) | |
| GENUINE PARTS COMPANY; | ) | |
| KELSEY-HAYES COMPANY; MACK | ) | |
| TRUCKS, INC.; NAVISTAR, INC.; | ) | |
| PACCAR, INC.; PNEUMO ABEX, LLC | ) | |
| | ) | |
|      Defendants. | ) | |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 91) filed by Carter T. Lambeth. The Motion indicates that Mr. Lambeth, a member in good standing of the Bar of this Court, is local

counsel for Defendants BWDAC, Inc. and DCo, LLC[1] and that he seeks the admission of William P. Early, who the Motion represents as being a member in good standing of the Bar of South Carolina. It further appears that the requisite admission fee has been paid.

Accordingly, the Court **GRANTS** the Motion (Doc. 91) and **ADMITS** William P. Early to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: March 17, 2020

W. Carleton Metcalf
United States Magistrate Judge

---

[1] DCo, LLC is the parent company of BWDAC, Inc. Doc. 89. DCo, LLC is f/k/a Dana Companies, LLC. Doc. 10.