IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:19 CV 344

| | | |
|---|---|---|
| DAVID L. SETTLEMYER and JANE SETTLEMYER | ) ) ) | |
| Plaintiffs, | ) | |
| v. | ) ) | ORDER |
| BORG-WARNER MORSE TEC, LLC; BWDAC, INC.; CARLISLE INDUSTRIAL BRAKE & FRICTION INC.; CATERPILLAR, INC.; CBS CORPORATION; CERTAIN TEED CORPORATION; CONSOLIDATED TRUCK PARTS, INC.; CRA TRAILERS INC.; CUMMINS, INC.; DAIMLER TRUCKS NORTH AMERICA LLC; DANA COMPANIES, LLC; EATON CORPORATION; FEDERAL-MOGUL ASBESTOS PERSONAL INJURY TRUST; FORD MOTOR COMPANY; HEAVY DUTY PARTS, INC.; GENUINE PARTS COMPANY; KELSEY-HAYES COMPANY; MACK TRUCKS, INC.; NAVISTAR, INC.; PACCAR, INC.; PNEUMO ABEX, LLC | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

This matter is before the Court on the following motions:

1. The Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 103) filed by

   Christopher B. Major seeking the admission of Moffatt G. McDonald;

2. The Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 104) filed by

1

Christopher B. Major seeking the admission of Scott E Frick; and

3. The Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 105) filed by Christopher B. Major seeking the admission of W. David Conner.

The Motions seek leave for Mr. McDonald, Mr. Frick, and Mr. Conner to be admitted *pro hac vice* and to appear on behalf of ZF Active Safety US, Inc., which the Motions state has been erroneously identified in Plaintiff's Complaint as Kelsey-Hayes Company. The Motions are made by local counsel Christopher B. Major.

These attorneys have previously been admitted *pro hac vice* in this case to appear on behalf of another defendant. The motions that led to their admission were submitted by Mr. Major as well. See Docs. 42, 43, & 44.

The current Motions will be allowed and Mr. McDonald, Mr. Frick, and Mr. Conner will be admitted *pro hac vice* to appear on behalf of ZF Active Safety US, Inc./Kelsey-Hayes Company, provided that they appear with local counsel for this defendant as well.

**IT IS THEREFORE ORDERED** that:

1. The Motions for Admission *Pro Hac Vice* (Docs. 103, 104, & 105) are **GRANTED** and Mr. McDonald. Mr. Frick, and Mr. Conner are **ADMITTED** to appear *pro hac vice* in this case on behalf of ZF Active Safety US, Inc./Kelsey-Hayes Company while accompanied by local counsel.

2

Case 1:19-cv-00344-MR-WCM   Document 106   Filed 09/25/20   Page 2 of 3

2. As these attorneys have previously paid a *pro hac vice* filing fee, the Clerk is respectfully directed to issue a refund to the filing party of the amounts paid for the instant Motions for Admission *Pro Hac Vice* (Docs. 103, 104, & 105).

Signed: September 25, 2020

W. Carleton Metcalf
United States Magistrate Judge