IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:19 CV 344

| | | |
|---|---|---|
| DAVID L. SETTLEMYER and<br>JANE SETTLEMYER | ) <br> ) <br> ) | |
| Plaintiffs,<br>v. | ) <br> ) <br> ) | ORDER |
| BORG-WARNER MORSE TEC, LLC;<br>BWDAC, INC.; CARLISLE<br>INDUSTRIAL BRAKE & FRICTION<br>INC.; CATERPILLAR, INC.; CBS<br>CORPORATION; CERTAIN TEED<br>CORPORATION; CONSOLIDATED<br>TRUCK PARTS, INC.; CRA<br>TRAILERS INC.; CUMMINS, INC.;<br>DAIMLER TRUCKS NORTH<br>AMERICA LLC; DANA<br>COMPANIES, LLC; EATON<br>CORPORATION; FEDERAL-MOGUL<br>ASBESTOS PERSONAL INJURY<br>TRUST; FORD MOTOR COMPANY;<br>HEAVY DUTY PARTS, INC.;<br>GENUINE PARTS COMPANY;<br>KELSEY-HAYES COMPANY; MACK<br>TRUCKS, INC.; NAVISTAR, INC.;<br>PACCAR, INC.; PNEUMO ABEX, LLC | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | |
| Defendants. | ) | |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 110) filed by M. Elizabeth O'Neill. The Motion indicates that Ms. O'Neill, a member in good standing of the Bar of this Court, is local counsel for Defendants Pneumo Abex, LLC and Carlisle Industrial

Brake & Friction, Inc. and that she seeks the admission of Yancey A. McLeod, III, who the Motion represents as being a member in good standing of the Bar of South Carolina. It further appears that the requisite admission fee has been paid.

Accordingly, the Court **GRANTS** the Motion (Doc. 110) and **ADMITS** Yancey A. McLeod, III to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: October 9, 2020

W. Carleton Metcalf
United States Magistrate Judge