IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:19 CV 344 MR WCM

| | | |
|---|---|---|
| DAVID L. SETTLEMYER and JANE SETTLEMYER | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | ORDER |
| BORG-WARNER MORSE TEC, LLC; BWDAC, INC.; CARLISLE INDUSTRIAL BRAKE & FRICTION INC.; CATERPILLAR, INC.; CBS CORPORATION; CERTAIN TEED CORPORATION; CONSOLIDATED TRUCK PARTS, INC.; CRA TRAILERS INC.; CUMMINS, INC.; DAIMLER TRUCKS NORTH AMERICA LLC; DANA COMPANIES, LLC; EATON CORPORATION; FEDERAL-MOGUL ASBESTOS PERSONAL INJURY TRUST; FORD MOTOR COMPANY; HEAVY DUTY PARTS, INC.; GENUINE PARTS COMPANY; KELSEY-HAYES COMPANY; MACK TRUCKS, INC.; NAVISTAR, INC.; PACCAR, INC.; PNEUMO ABEX, LLC | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

This matter is before the Court on a Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 114) and an Amended Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 115) filed by Amy Church Drayton. Both Motions indicate that Ms. Drayton, a member in good standing of the Bar of this Court, is local

counsel for Defendant PACCAR, Inc. and that she seeks the admission P. Saxon Guerriere, who the Motions represent as being a member in good standing of the Bar of Texas. It further appears that the requisite admission fee has been paid.

**IT IS THEREFORE ORDERED** that

1. The Amended Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 115) is **GRANTED** and the Court **ADMITS** P. Saxon Guerriere to practice *pro hac vice* before the Court in this matter while associated with local counsel.

2. The Motion for Admission Pro Hac Vice and Affidavit (Doc. 114) is **DENIED AS MOOT**.

Signed: October 22, 2020

_____
W. Carleton Metcalf
United States Magistrate Judge