IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:19 CV 344 MR WCM

| | | |
|---|---|---|
| DAVID L. SETTLEMYER and <br> JANE SETTLEMYER | ) <br> ) <br> ) | |
| Plaintiffs, | ) | |
| v. | ) | ORDER |
| | ) | |
| BORG-WARNER MORSE TEC, LLC; <br> BWDAC, INC.; CARLISLE <br> INDUSTRIAL BRAKE & FRICTION <br> INC.; CATERPILLAR, INC.; CBS <br> CORPORATION; CERTAIN TEED <br> CORPORATION; CONSOLIDATED <br> TRUCK PARTS, INC.; CRA <br> TRAILERS INC.; CUMMINS, INC.; <br> DAIMLER TRUCKS NORTH <br> AMERICA LLC; DANA <br> COMPANIES, LLC; EATON <br> CORPORATION; FEDERAL-MOGUL <br> ASBESTOS PERSONAL INJURY <br> TRUST; FORD MOTOR COMPANY; <br> HEAVY DUTY PARTS, INC.; <br> GENUINE PARTS COMPANY; <br> KELSEY-HAYES COMPANY; MACK <br> TRUCKS, INC.; NAVISTAR, INC.; <br> PACCAR, INC.; PNEUMO ABEX, LLC <br> <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 140) filed by Kelly B. Jones. The Motion indicates that Ms. Jones, a member in good standing of the Bar of this Court, is local counsel for Defendant CRA Trailers, Inc. and that she seeks the admission of David M.

Burkoff, who the Motion represents as being a member in good standing of the Bar of the State of Georgia. It further appears that the requisite admission fee has been paid.

Accordingly, the Court **GRANTS** the Motion (Doc. 140) and **ADMITS** David M. Burkoff to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: January 25, 2021

W. Carleton Metcalf
United States Magistrate Judge