IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:19 CV 344 MR WCM

| | |
|---|---|
| DAVID L. SETTLEMYER and JANE SETTLEMYER <br><br> Plaintiffs, <br><br> v. <br><br> BORG-WARNER MORSE TEC, LLC; BWDAC, INC.; CARLISLE INDUSTRIAL BRAKE & FRICTION INC.; CATERPILLAR, INC.; CBS CORPORATION; CERTAIN TEED CORPORATION; CONSOLIDATED TRUCK PARTS, INC.; CRA TRAILERS INC.; CUMMINS, INC.; DAIMLER TRUCKS NORTH AMERICA LLC; DANA COMPANIES, LLC; EATON CORPORATION; FEDERAL-MOGUL ASBESTOS PERSONAL INJURY TRUST; FORD MOTOR COMPANY; HEAVY DUTY PARTS, INC.; GENUINE PARTS COMPANY; KELSEY-HAYES COMPANY; MACK TRUCKS, INC.; NAVISTAR, INC.; PACCAR, INC.; PNEUMO ABEX, LLC <br><br> Defendants. | ORDER |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 142) filed by David L. Levy. The Motion indicates that Mr. Levy, a member in good standing of the Bar of this Court, is local counsel for "defendant Morse TEC LLC, erroneously sued as Borg-Warner Morse Tec,

LLC, successor by merger to Borg-Warner Corporation and defendant ZF Active Safety US Inc. sued as Kelsey-Hayes Company" and that he seeks the admission of Kelvin T. Wyles, who the Motion represents as being a member in good standing of the Bar of State of California It further appears that the requisite admission fee has been paid.

Accordingly, the Court **GRANTS** the Motion (Doc. 142) and **ADMITS** Kelvin T. Wyles to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: February 1, 2021

W. Carleton Metcalf
United States Magistrate Judge