IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:19 CV 344 MR WCM

| | |
|---|---|
| DAVID L. SETTLEMYER and JANE SETTLEMYER </br></br>      Plaintiffs,</br>v.</br></br>BORG-WARNER MORSE TEC, LLC; BWDAC, INC.; CARLISLE INDUSTRIAL BRAKE & FRICTION INC.; CATERPILLAR, INC.; CBS CORPORATION; CERTAIN TEED CORPORATION; CONSOLIDATED TRUCK PARTS, INC.; CRA TRAILERS INC.; CUMMINS, INC.; DAIMLER TRUCKS NORTH AMERICA LLC; DANA COMPANIES, LLC; EATON CORPORATION; FEDERAL-MOGUL ASBESTOS PERSONAL INJURY TRUST; FORD MOTOR COMPANY; HEAVY DUTY PARTS, INC.; GENUINE PARTS COMPANY; KELSEY-HAYES COMPANY; MACK TRUCKS, INC.; NAVISTAR, INC.; PACCAR, INC.; PNEUMO ABEX, LLC</br></br>      Defendants. | ORDER |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 144) filed by Eric G. Sauls. The Motion indicates that Mr. Sauls, a member in good standing of the Bar of this Court, is local counsel for Carlisle Industrial Brake & Friction, Inc. and that he seeks the admission

of Stephen M. Capriotti, Jr., who the Motion represents as being a member in good standing of the Bars of the States of Pennsylvania and New Jersey. It further appears that the requisite admission fee has been paid.

Accordingly, the Court **GRANTS** the Motion (Doc. 144) and **ADMITS** Stephen M. Capriotti, Jr. to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: February 5, 2021

W. Carleton Metcalf
United States Magistrate Judge