IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:19 CV 344 MR WCM

| | | |
|---|---|---|
| DAVID L. SETTLEMYER and JANE SETTLEMYER | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | ORDER |
| BORG-WARNER MORSE TEC, LLC; BWDAC, INC.; CARLISLE INDUSTRIAL BRAKE & FRICTION INC.; CATERPILLAR, INC.; CBS CORPORATION; CERTAIN TEED CORPORATION; CONSOLIDATED TRUCK PARTS, INC.; CRA TRAILERS INC.; CUMMINS, INC.; DAIMLER TRUCKS NORTH AMERICA LLC; DANA COMPANIES, LLC; EATON CORPORATION; FEDERAL-MOGUL ASBESTOS PERSONAL INJURY TRUST; FORD MOTOR COMPANY; HEAVY DUTY PARTS, INC.; GENUINE PARTS COMPANY; KELSEY-HAYES COMPANY; MACK TRUCKS, INC.; NAVISTAR, INC.; PACCAR, INC.; PNEUMO ABEX, LLC | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 153) filed by Keith E. Coltrain. The Motion indicates that Mr. Coltrain, a member in good standing of the Bar of this Court, is local counsel for Defendant Federal-Mogul Asbestos Personal Injury Trust as

successor to Felt-Products Manufacturing Co. and that he seeks the admission of Bill Fountain, who the Motion represents as being a member in good standing of the Bar of the State of California. It further appears that the requisite admission fee has been paid.

Accordingly, the Court **GRANTS** the Motion (Doc. 153) and **ADMITS** Bill Fountain to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: February 23, 2021

W. Carleton Metcalf
United States Magistrate Judge