# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:19-cv-00344-MR-WCM

| | |
|---|---|
| DAVID L. SETTLEMYER and JAN SETTLEMYER, ) ) ) Plaintiffs, ) ) vs. ) ) BORG-WARNER MORSE TEC, LLC, ) Successor-by-Merger to ) Borg-Warner Corporation, et al., ) ) Defendants. ) | **O R D E R** |

**THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss Navistar Inc. [Doc. 162].

Upon review of the parties' motion,

**IT IS, THEREFORE, ORDERED** that the parties' Joint Motion to Dismiss [Doc. 162] is **GRANTED**, and all the Plaintiff's claims against the Defendant Navistar Inc. are hereby **DISMISSED WITHOUT PREJUDICE**.

IT IS SO ORDERED.

Signed: March 22, 2021

Martin Reidinger
Chief United States District Judge