THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:19-cv-00344-MR-WCM

DAVID L. SETTLEMYER and JAN SETTLEMYER,

    Plaintiffs,

vs.

BORG-WARNER MORSE TEC, LLC, Successor-by-Merger to Borg-Warner Corporation, et al.,

    Defendants.

**O R D E R**

**THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss Defendant Genuine Parts Company. [Doc. 215].

Upon review of the parties' motion,

**IT IS, THEREFORE, ORDERED** that the parties' Joint Motion to Dismiss [Doc. 215] is **GRANTED**, and all the Plaintiffs' claims against the Defendant Genuine Parts Company are hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

Signed: May 4, 2021

Martin Reidinger
Chief United States District Judge