THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:19-cv-00344-MR-WCM

| | |
|---|---|
| DAVID L. SETTLEMYER and JAN SETTLEMYER, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>BORG-WARNER MORSE TEC, LLC, )<br>Successor-by-Merger to Borg-Warner )<br>Corporation, et al., )<br>)<br>Defendants. ) | **O R D E R** |

**THIS MATTER** is before the Court *sua sponte*.

This is an asbestos products liability case that is currently scheduled for trial during the Court's November 15, 2021 mixed trial term. There are ten (10) named Defendants still in the action. The parties have filed twenty-one dispositive motions as of the motions deadline of April 13, 2021. [Docs. 171, 173, 176, 178, 179, 180, 182, 184, 186, 188, 190, 192, 194, 195, 196, 199, 201, 202, 203, 205, 207].

In light of the number of dispositive motions pending, as well as the complex factual and legal issues raised therein, the Court concludes that the

trial of this matter should be continued so as to allow the Court adequate time to rule on such motions in advance of trial.

**IT IS, THEREFORE, ORDERED** that the trial of this matter is hereby **CONTINUED** to the Court's January 10, 2022 trial term.

**IT IS SO ORDERED.**

Signed 9/20/2021

Martin Reidinger
Chief United States District Judge