THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:19-cv-00344-MR-WCM

| | |
|---|---|
| DAVID L. SETTLEMYER and JAN SETTLEMYER, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>BORG-WARNER MORSE TEC, LLC, )<br>Successor-by-Merger to Borg-Warner )<br>Corporation, et al., )<br>)<br>Defendants. )<br>_____ ) | <u>O R D E R</u> |

**THIS MATTER** is before the Court on the Defendant CRA Trailers, Inc.'s Motion to Exclude the Testimony of Edwin C. Holstein, M.D. [Doc. 192]; the Defendant CRA Trailers, Inc.'s Motion for Summary Judgment [Doc. 203]; and the parties' Joint Motion to Dismiss with Prejudice [Doc. 292].

Upon review of the parties' motions,

**IT IS, THEREFORE, ORDERED** that the Defendant CRA Trailers, Inc.'s Motion to Exclude the Testimony of Edwin C. Holstein, M.D. [Doc. 192] and Motion for Summary Judgment [Doc. 203] are **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that the parties' Joint Motion to Dismiss [Doc. 292] is **GRANTED**, and all the Plaintiffs' claims against the Defendant

CRA Trailers, Inc., f/k/a Great Dane Trailers, Inc., are hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

Signed: November 18, 2021

Martin Reidinger
Chief United States District Judge

2

Case 1:19-cv-00344-MR-WCM   Document 293   Filed 11/18/21   Page 2 of 2