# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## 1:19 CV 344 MR WCM

DAVID L. SETTLEMYER and ) <br>
JAN SETTLEMYER )
  )
      Plaintiffs, )
v. )       ORDER
  )
CARLISLE INDUSTRIAL BRAKE )
& FRICTION, INC.; )
CERTAIN TEED CORPORATION; )
PNEUMO ABEX, LLC, *as successor to* )
Abex Corporation; )
**MORSE TEC LLC,** *formerly known as* )
BorgWarner Morse TEC, LLC )
*as successor to* Borg-Warner Corporation )
  )
      Defendants. )
_____

        This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 330) filed by Gerald A. Stein, II. The Motion indicates that Mr. Stein, a member in good standing of the Bar of this Court, is local counsel for Morse TEC LLC *formerly known as* BorgWarner Morse TEC, LLC *as successor to* Borg-Warner Corporation and that he seeks the admission of Dyanna Ballou, who the Motion represents as being a member in good standing of the Bar of Missouri. It further appears that the requisite admission fee has been paid.

Accordingly, the Court **GRANTS** the Motion (Doc. 330) and **ADMITS** Dyanna Ballou to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: December 2, 2021

W. Carleton Metcalf
United States Magistrate Judge