IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:19 CV 344 MR WCM

| | | |
|---|---|---|
| DAVID L. SETTLEMYER and <br> JAN SETTLEMYER <br>     Plaintiffs, <br> v. <br><br> CARLISLE INDUSTRIAL BRAKE <br> & FRICTION, INC.; <br> CERTAIN TEED CORPORATION; <br> PNEUMO ABEX, LLC, *as successor to* <br> Abex Corporation; <br> **MORSE TEC LLC,** *formerly known as* <br> BorgWarner Morse TEC, LLC <br> *as successor to* Borg-Warner Corporation <br><br>     Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | ORDER |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 331) filed by William M. Graham. The Motion indicates that Mr. Graham, a member in good standing of the Bar of this Court, is local counsel for Plaintiffs and that he seeks the admission of Gary DiMuzio, who the Motion represents as being a member in good standing of the Bar of Texas. It further appears that the requisite admission fee has been paid.

Accordingly, the Court **GRANTS** the Motion (Doc. 331) and **ADMITS** Gary DiMuzio to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: December 2, 2021

W. Carleton Metcalf
United States Magistrate Judge