IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:19 CV 344 MR WCM

| | | |
|---|---|---|
| DAVID L. SETTLEMYER and <br> JAN SETTLEMYER <br> Plaintiffs, <br> v. <br> CARLISLE INDUSTRIAL BRAKE <br> & FRICTION, INC.; <br> CERTAIN TEED CORPORATION; <br> PNEUMO ABEX, LLC, *as successor to* <br> Abex Corporation; <br> **MORSE TEC LLC,** *formerly known as* <br> BorgWarner Morse TEC, LLC <br> *as successor to* Borg-Warner Corporation <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | ORDER |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 332) filed by William M. Graham. The Motion indicates that Mr. Graham, a member in good standing of the Bar of this Court, is local counsel for Plaintiffs and that he seeks the admission of James M. Kramer, who the Motion represents as being a member in good standing of the Bar of New York. It further appears that the requisite admission fee has been paid.

Accordingly, the Court **GRANTS** the Motion (Doc. 332) and **ADMITS** James M. Kramer to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: December 2, 2021

W. Carleton Metcalf
United States Magistrate Judge