## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## 1:19 CV 344 MR WCM

| | | |
|---|---|---|
| DAVID L. SETTLEMYER and<br>JAN SETTLEMYER | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CARLISLE INDUSTRIAL BRAKE<br>& FRICTION, INC.; | ) | |
| CERTAIN TEED CORPORATION; | ) | |
| PNEUMO ABEX, LLC, *as successor to* | ) | |
| Abex Corporation; | ) | |
| **MORSE TEC LLC,** *formerly known as* | ) | |
| BorgWarner Morse TEC, LLC | ) | |
| *as successor to* Borg-Warner Corporation | ) | |
| | ) | |
| Defendants. | ) | |

_____

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 391) filed by William M. Graham. The Motion indicates that Mr. Graham, a member in good standing of the Bar of this Court, is local counsel for Plaintiffs and that he seeks the admission of John B. Wetmore, Jr., who the Motion represents as being a member in good standing of the Bar of New York. It further appears that the requisite admission fee has been paid.

Accordingly, the Court **GRANTS** the Motion (Doc. 391) and **ADMITS** John B. Wetmore, Jr. to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: December 10, 2021

W. Carleton Metcalf
United States Magistrate Judge