THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:19-cv-00344-MR-WCM

| | |
|---|---|
| DAVID L. SETTLEMYER and JAN SETTLEMYER, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | ) **O R D E R**<br>) |
| BORG-WARNER MORSE TEC, LLC, Successor-by-Merger to Borg-Warner Corporation, et al., | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

**THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss Without Prejudice. [Doc. 432].

Upon review of the parties' motion,

**IT IS, THEREFORE, ORDERED** that the parties' Joint Motion to Dismiss [Doc. 432] is **GRANTED**, and all the Plaintiffs' claims against the Defendant Pneumo Abex LLC are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

Signed: January 6, 2022

Martin Reidinger
Chief United States District Judge