# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Jan Settlemyer<br>David L. Settlemyer, | ) ) ) | JUDGMENT IN CASE |
| Plaintiffs, | ) ) | 1:19-cv-00344-MR-WCM |
| vs. | ) ) | |
| BWDAC Inc.<br>Daimler Trucks North America LLC<br>Eaton Corporation<br>Paccar, Inc.<br>ZF Active Safety US Inc., | ) ) ) ) ) ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court on Motions for Summary Judgment and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 24, 2022 Order.

January 24, 2022

Frank G. Johns, Clerk
United States District Court