# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:19-cv-00344-MR-WCM

| | |
|---|---|
| DAVID L. SETTLEMYER, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| BORG-WARNER MORSE TEC, LLC, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss With Prejudice.[1] [Doc. 441].

Upon review of the parties' motion,

**IT IS, THEREFORE, ORDERED** that the parties' Joint Motion to Dismiss [Doc. 441] is **GRANTED**, and all the Plaintiffs' claims against the Defendant Carlisle Industrial Brake & Friction, Inc. are hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

Signed: March 16, 2022

Martin Reidinger
Chief United States District Judge

---

[1] The Defendant Carlisle Industrial Brake & Friction, Inc. was previously dismissed from this action without prejudice. [See Doc. 436].