**THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**
**CIVIL CASE NO. 1:19-cv-00344-MR-WCM**

| | |
|---|---|
| **DAVID L. SETTLEMYER, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| **vs.** ) | **O R D E R** |
| ) | |
| **BORG-WARNER MORSE TEC, LLC,** ) | |
| **et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss With Prejudice.[1]  [Doc. 443].

Upon review of the parties' motion,

**IT IS, THEREFORE, ORDERED** that the parties' Joint Motion to Dismiss [Doc. 443] is **GRANTED**, and all the Plaintiffs' claims against the Defendant Morse Tec, LLC are hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.    Signed: April 23, 2022

_Martin Reidinger_
Martin Reidinger
Chief United States District Judge

_____

[1] The Defendant Morse Tec, LLC was previously dismissed from this action without prejudice.  [See Doc. 435].